No. 10–5420. WOOTEN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 10–5421. MORGAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5422. SHARPE v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 10–5423. VONGXAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–5424. GREGORY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 10–5425. ELLISON v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 10–5426. MANNING v. MCCOLLUM, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied. 

No. 10–5427. LEE v. ISHEE ET AL. C. A. 5th Cir. Certiorari denied. 

No. 10–5429. PATRICK v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 10–5430. PARK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 10–5431. STINSON v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 10–5433. JONES v. TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 10–5434. WINTERS v. FISHER, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–5435. LIN XIAN WU v. UNITED STATES. C. A. 2d Cir. Certiorari denied.